UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Marvel Manufacturing Company Inc<br>　　*Plaintiff,* | §<br>§<br>§ | |
| V. | § | Civil Action 4:12−cv−02802 |
| | § | |
| KOBA INTERNET SALES LLC, et al.<br>　　*Defendant.* | §<br>§<br>§ | |

## SCHEDULING ORDER

1. **MOTIONS FOR LEAVE TO AMEND PLEADINGS AND JOIN NEW PARTIES** will be filed by:  **April 5, 2013**
   Party requesting joinder will furnish copy of this Scheduling Order to new parties.

2. **EXPERT WITNESSES** for the **plaintiff** will be named and a report of the experts's opinion furnished by:  **October 1, 2013**

3. **EXPERT WITNESSES** for the **defendant** will be named and a report of the expert's opinion furnished by:  **November 1, 2013**

4. **DISCOVERY** must be completed by:  **December 15, 2013**
   Counsel may, by agreement, continue discovery beyond the deadline, but no continuance will be granted because of information acquired in post−deadline discovery.

5. **DISPOSITIVE MOTIONS** will be filed and served by:  **January 31, 2014**

6. **NON−DISPOSITIVE MOTIONS** will be filed by:  **January 31, 2014**

7. **JOINT PRETRIAL ORDER** will be filed by:  **April 28, 2014**
   Plaintiff is responsible for filing the Pretrial Order on time.

8. **DOCKET CALL** is set for 01:30 PM  **May 9, 2014**

9. **TRIAL** is set for the two weeks starting:  **May 12, 2014**

Signed at Houston, Texas on January 16, 2013.

_____
Melinda Harmon
United States District Judge